AO245B  Judgment in a Criminal Case for Revocation (Rev. 06/05)
Sheet 1

# United States District Court
## Western District of Louisiana

UNITED STATES OF AMERICA

v.

ROBERT CHAD WILSON
(Defendant's Name)

JUDGMENT IN A CRIMINAL CASE
(For **Revocation** of Probation or Supervised Release)

Criminal Number: 5:04CR50103-01

USM Number: 12401-035

PETER FLOWERS
Defendant's Attorney

## THE DEFENDANT:

[✓]  The defendant admitted guilt to violation of conditions of supervision as outlined in the Petition for Summons for Offender Under Supervision filed by the Probation Officer on 9/07/07.

It is the finding of the Court that the defendant has violated the conditions of his supervised release as outlined in the Petition for Summons filed by the probation Officer on 9/07/07. The Court finds that in accordance with the U. S. Sentencing Commission Guidelines Manual, the defendant has committed two (2) Grade B violation of his supervised release and having a Criminal History Category of I.

The manual's policy statement suggest an imprisonment range of 4 to 10 months for defendant committing a Grade B violation of Supervised Release and having a Criminal History Category of I.

The defendant is sentenced as provided in pages 2 through _2_ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

IT IS FURTHER ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant shall notify the court and United States attorney of any material change in the defendant's economic circumstances.

September 21, 2007
Date of Imposition of Sentence

Signature of Judicial Officer

TOM STAGG, United States District Judge
Name & Title of Judicial Officer

September 21, 2007
Date

AO245B   Judgement in a Criminal Case (Rev. 06/05)
   Sheet 2 — Imprisonment

Judgment - Page 2 of 2

DEFENDANT:   ROBERT CHAD WILSON
CASE NUMBER:   5:04CR50103-01

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of 10 months.

[✓]   The court makes the following recommendations to the Bureau of Prisons:

Mr. Wilson badly needs help with his long-term drug addiction. The undersigned will appreciate any BOP effort towards that end.

[✓]   The defendant is remanded to the custody of the United States Marshal.

[ ]   The defendant shall surrender to the United States Marshal for this district:
   [ ] at ___ [] a.m.   [] p.m.   on ___.
   [ ] as notified by the United States Marshal.

[ ]   The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
   [ ] before 2 p.m. on ___.
   [ ] as notified by the United States Marshal.
   [ ] as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

_____

_____

_____

Defendant delivered on _____ to _____

at _____ , with a certified copy of this judgment.

UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL